AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| JORDAN ZEICHNER,<br><br>*Plaintiff(s)*<br>v.<br>NORDSEC LTD., NORDSEC B.V., NORDVPN S.A., NORD SECURITY INC., and TEFINCOM S.A. d/b/a NordVPN,<br><br>*Defendant(s)* | Civil Action No. 3:24-cv-2462-PHK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nord Security, Inc.
1505 Corporation: INCORP SERVICES, INC.
5716 CORSA AVE SUITE 110
WESTLAKE VILLAGE, CA 91362

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John J. Nelson
Milberg Coleman Bryson Phillips Grossman PLLC
402 W. Broadway, Suite 1760
San Diego, CA 92101
858-209-6941
jnelson@milberg.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

*Kim Means*
*Signature of Clerk or Deputy Clerk*

Date:   April 29, 2024