UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN ZEICHNER,<br><br>        Plaintiff,<br><br>   v.<br><br>NORD SECURITY INC., et al.,<br><br>        Defendants. | Case No. 24-cv-02462-JSC<br><br>**PRETRIAL ORDER NO. 2:**<br>**DISCOVERY DISPUTE DEADLINES** |

As discussed at the March 11, 2025 case management conference, any discovery dispute joint letters arising from the discovery issues raised in the joint case management conference statement (Dkt. No. 84) must be filed with the Court no later than April 17, 2025. The moving party must provide its portion of the letter brief to the opposing party by April 13, 2025, and the opposing party must respond by noon on April 16, 2025. The same timing for exchange of drafts between the parties applies to dispute letters filed before April 17, 2025. No discovery dispute joint letter may be presented to the Court without the parties first meeting and conferring IN PERSON. The discovery dispute joint letter shall identify the date of the in person meet and confer, where it occurred, and who attended the session.

**IT IS SO ORDERED.**

Dated: March 11, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge