UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORDAN ZEICHNER,

Plaintiff,

v.

NORDVPN S.A., et al.,

Defendants.

Case No. 24-cv-02462-JSC

**ORDER FOLLOWING MARCH 18, 2026 CASE MANAGEMENT CONFERENCE**

As discussed at the March 18, 2026 further case management conference, the parties shall appear in person on **April 1, 2026**, at **9:30 a.m**. in Courtroom 8, 450 Golden Gate Avenue, San Francisco.  The parties will then be ordered to meet and confer in the courthouse to attempt to resolve the discovery disputes identified in the joint case management conference statement.  The Court will move the in-person proceeding on **April 1, 2026**, to Zoom videoconference at **2:00 p.m.**, if the parties notify the Court they have resolved all disputes touched on in the case management conference statement.

**IT IS SO ORDERED.**

Dated: March 19, 2026

JACQUELINE SCOTT CORLEY
United States District Judge