**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson (SBN 3175985)
402 W. Broadway, Suite 1760
San Diego, CA 92101
858-209-6941
jnelson@milberg.com

**BRYSON HARRIS SUCIU & DEMAY PLLC**
Scott C. Harris (*pro hac vice*)
900 West Morgan Street Raleigh, NC 27603
Telephone: 919.600.5003
sharris@brysonpllc.com

**WITTELS MCINTURFF PALIKOVIC**
Tiasha Palikovic (*pro hac vice*)
J. Burkett McInturff (*pro hac vice*)
Ethan D. Roman (*pro hac vice*)
Jessica Hunter (*pro hac vice*)
305 Broadway, 7th Floor
New York, NY 10007
Tel: 914-775-8862
tpalikovic@wittelslaw.com
jbm@wittelslaw.com
edr@wittelslaw.com
jlh@wittelslaw.com

*Attorneys for Plaintiff Jordan Zeichner*

**ZWILLGEN PLLC**
Michael Bleicher (SBN 313892)
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 706-5225
Facsimile: (202) 706-5298

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN ZEICHNER, | ) |
| | ) Case Number: 3:24-cv-2462-JSC |
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER RESOLVING DISCOVERY** |
| vs. | ) **DISPUTES AND MODIFYING CASE** |
| | ) **MANAGEMENT SCHEDULE** |
| NORDVPN S.A. and TEFINCOM S.A. d/b/a | ) |
| NordVPN, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |
| | ) |

STIPULATION AND [PROPOSED] ORDER RESOLVING DISCOVERY DISPUTES AND MODIFYING CASE MANAGEMENT SCHEDULE; 24-cv-2462-JSC

Pursuant to Civil Local Rule 16-2(d), Plaintiff Jordan Zeichner and Defendants Nordvpn S.A. and Tefincom S.A. ("Nord") (collectively, the "Parties") stipulate as follows:

1.      On March 18, 2026, the Court held a further Case Management Conference and ordered the Parties to appear in person on April 1, 2026 to meet and confer regarding outstanding discovery disputes identified in the Joint Case Management Statement. The Court indicated that if the Parties resolved all disputes prior to the conference, the proceeding would be moved to a Zoom videoconference.

2.      Following the Court's order, the Parties engaged in further meet and confer discussions to resolve the outstanding issues regarding Nord's production of ESI and related discovery deadlines.

3.      The Parties have reached an agreement that resolves the discovery disputes identified in the Joint Case Management Statement and stipulate to the following ESI production schedule, which the Court hereby orders:

(a) Nord shall make rolling productions of ESI on at least a bi-weekly basis, with email communications prioritized.

(b) Nord shall produce responsive Zendesk tickets by March 31, 2026.

(c) Nord shall provide Slack search term hit reports by April 15, 2026.

(d) Nord shall produce all data responsive to Request for Production No. 1 from Plaintiff's Lagosec Subpoena pertaining to the named Plaintiffs in all filed litigations against Nord where the plaintiffs are represented by the undersigned counsel, including Plaintiff Zeichner, by April 30, 2026.

STIPULATION AND [PROPOSED] ORDER RESOLVING DISCOVERY DISPUTES AND MODIFYING CASE MANAGEMENT SCHEDULE; 24-cv-2462-JSC

(e) Nord shall reach substantial completion of document production from all agreed-upon sources (i.e., email, G-drive, Zendesk, Slack, Jira, and Confluence) by May 6, 2026.

4.      Additionally, the Parties agree that an extension of the fact discovery deadline is necessary to allow Plaintiff to review Nord's productions, resolve any potential further discovery disputes, and schedule all depositions, including those of Nord's overseas employees.

5.      Good cause exists for this extension given that Plaintiff will need time to fully review Nord's production of documents in order to assess the adequacy of ESI productions, determine who to depose, and allow sufficient time for the scheduling of all depositions, particularly because Nord's deponents are located in Lithuania which will require significant logistical coordination.

6.      Accordingly, the Parties request that the Court extend the fact discovery deadline to September 4, 2026, and extend the subsequent deadlines in the current case schedule (Dkt. 122) in a corresponding manner, as set forth below:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| **Fact Discovery Cutoff** | May 6, 2026 | September 4, 2026 |
| **Expert Witness  Disclosures** | July 1, 2026 | November 2, 2026 |
| **Opening Expert Reports** | July 22, 2026 | November 23, 2026 |
| **Rebuttal Expert Witness Disclosures** | August 7, 2026 | December 7, 2026 |

STIPULATION AND [PROPOSED] ORDER RESOLVING DISCOVERY DISPUTES AND MODIFYING CASE MANAGEMENT SCHEDULE; 24-cv-2462-JSC

| | | |
|---|---|---|
| **Rebuttal Expert Reports** | August 28, 2026 | January 8, 2027 |
| **Expert Discovery Cutoff** | September 11, 2026 | January 18, 2027 |
| **Motion for Class Certification** | October 9, 2026 | February 19, 2027 |
| **Opposition to Motion for Class Certification** | November 6, 2026 | March 19, 2027 |
| **Reply in Support of Class Certification** | December 2, 2026 | April 12, 2027 |
| **Last Day to Hear Class Certification Motion** | December 18, 2026 | April 30, 2027 |

**IT IS SO STIPULATED.**

Dated: March 30, 2026

**WITTELS MCINTURFF PALIKOVIC**

By: /s/ *Tiasha Palikovic*
Tiasha Palikovic (admitted pro hac vice)
J. Burkett McInturff (admitted pro hac vice)
Jessica L. Hunter (admitted pro hac vice)
Ethan D. Roman (admitted pro hac vice)
305 Broadway, Floor 7
New York, NY 10007
Telephone: (914) 775-8862
tpalikovic@wittelslaw.com
jbm@wittelslaw.com
edr@wittelslaw.com
jlh@wittelslaw.com

John J. Nelson (SBN 3175985)
MILLBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

STIPULATION AND [PROPOSED] ORDER RESOLVING DISCOVERY DISPUTES AND
MODIFYING CASE MANAGEMENT SCHEDULE; 24-cv-2462-JSC

Scott Harris (admitted pro hac vice)
MILLBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919)600-5000
Email: sharris@brysonpllc.com

Attorneys for Plaintiff Jordan Zeichner

Dated: March 30, 2026          **ZWILLGEN PLLC**

By: /s/ Michael Bleicher
Michael Bleicher (SBN 313892)
Michael.bleicher@zwillgen.com

Attorney for Defendant
Nordvpn S.A. and Tefincom S.A.

STIPULATION AND [PROPOSED] ORDER RESOLVING DISCOVERY DISPUTES AND
MODIFYING CASE MANAGEMENT SCHEDULE; 24-cv-2462-JSC

**ATTESTATION**

I, Tiasha Palikovic, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

By: /s/ *Tiasha Palikovic*
Tiasha Palikovic (admitted pro hac vice)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____        _____
Hon. Jacqueline Scott Corley
United States District Judge

STIPULATION AND [PROPOSED] ORDER RESOLVING DISCOVERY DISPUTES AND MODIFYING CASE MANAGEMENT SCHEDULE; 24-cv-2462-JSC